IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel* LENORA JONES and PATRICIA J. WILLOUGHBY, <br><br> Plaintiffs, <br><br> v. <br><br> COLLEGIATE FUNDING SERVICES, INC., COLLEGIATE FUNDING SERVICES, LLC, CFS-SUNTECH SERVICING LLC, and J.P. MORGAN CHASE & CO., <br><br> Defendants. | Civil Action No. 3:07CV290–HEH |

## ORDER

THIS MATTER is before the Court on a Report and Recommendation ("R&R") pursuant to 28 U.S.C. § 636(b)(1)(B), filed on September 21, 2010 by United States Magistrate Judge Dennis W. Dohnal (Dk. No. 82). For the reasons stated in the accompanying Memorandum Opinion, this Court hereby OVERRULES the objections of Plaintiffs and Defendants, and ACCEPTS and ADOPTS the R&R, with the exception that Counts 16–19 are dismissed for failure to state a claim.

Accordingly, Defendants' Motion to Dismiss (Dk. No. 46) is GRANTED. Counts 1–6 are DISMISSED for lack of subject matter jurisdiction, and Counts 7–12, and 16–21

are DISMISSED for failure to state a claim.[1] Because amendment of the pleadings would be futile, Plaintiffs are DENIED leave to amend.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: Jan. 12, 2011
Richmond, VA

---

[1] Counsel for Plaintiff-Relators withdrew Counts 13–15 at oral argument before the Magistrate Judge.